No. 04–623.  GONZALES, ATTORNEY GENERAL, ET AL. *v.* OREGON ET AL.  C. A. 9th Cir.  [Certiorari granted, 543 U. S. 1145.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 04–881.  LOCKHART *v.* UNITED STATES ET AL.  C. A. 9th Cir.  [Certiorari granted, *ante*, p. 998.]  Motion of petitioner to dispense with printing the joint appendix granted.

No. 04–9646.  IN RE MILES;
No. 04–9685.  IN RE TAYLOR;
No. 04–9704.  IN RE BENNETT;
No. 04–9715.  IN RE PEDRAZA;
No. 04–9763.  IN RE UNDERWOOD; and
No. 04–9786.  IN RE BELLAVIA.  Petitions for writs of habeas corpus denied.

No. 04–1182.  IN RE COOPER INDUSTRIES, INC.;
No. 04–1320.  IN RE PELTIER ET AL.;
No. 04–9162.  IN RE LUCZAK;
No. 04–9681.  IN RE WOODRUFF; and
No. 04–9719.  IN RE DEUTSCH.  Petitions for writs of mandamus denied.

No. 04–944.  ARBAUGH *v.* Y & H CORP., DBA THE MOONLIGHT CAFE.  C. A. 5th Cir.  Certiorari granted.

No. 04–1203.  UNITED STATES *v.* GEORGIA ET AL.; and
No. 04–1236.  GOODMAN *v.* GEORGIA ET AL.  C. A. 11th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 04–923.  MOBIL OIL EXPLORATION & PRODUCING SOUTHEAST, INC. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 04–951.  ENGLISH *v.* BURT, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 04–1038.  SINGH *v.* GONZALES, ATTORNEY GENERAL. C. A. 3d Cir.  Certiorari denied.